

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Sharion Nolden v. Crescent Health and Rehabilitation Center

Appellate case number:   01-21-00132-CV

Trial court case number:  20-DCV-267315

Trial court:             400th District Court of Fort Bend County

Date motion filed:       October 3, 2022

Party filing motion:     Appellant


It is **ordered** that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting for the Court

Panel consists of:  Justices Hightower, Countiss, and Guerra.

Date:  October 25, 2022